[This opinion has been published in *Ohio Official Reports* at 77 Ohio St.3d 1205.]

THE STATE OF OHIO, APPELLEE, *v.* WALTON, APPELLANT.

[Cite as *State v. Walton*, 1996-Ohio-345.]

*Appeal dismissed as improvidently allowed.*

(No. 95-2262—Submitted October 9, 1996—Decided November 6, 1996.)

APPEAL from the Court of Appeals for Crawford County, No. 3-95-11.

————————————

*Russell B. Wiseman,* Crawford County Prosecuting Attorney, and *Lee A. Oldendick,* Assistant Prosecuting Attorney, for appellee.

*Frederick Walton, pro se.*

————————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

————————————